*Attachment A - <u>Bivens</u> Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



FILED

JUL 10 2023

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Robert Carl Sharp      13228-026

_____

_____

*(Enter above the full name of the plaintiff
or plaintiffs in this action)*

*(Inmate Reg. # of each Plaintiff)*

v.

Lt. C. Looney, Officer Specialist
B. Jones, Correctional Officer
Hatcher, Correctional Officer
John Doe

*(Enter above the full name of the defendant
or defendants in this action)*

CIVIL ACTION NO. 1:23-cv-00478
*(Number to be assigned by Court)*

Defendant(s).

## COMPLAINT

### I.    Parties

    A.    Name of Plaintiff: Robert Carl Sharp

          Inmate No.: 13228-026

          Address: FCI Gilmer; P.O. Box 6000;
                  Glenville, West Virginia 26351

B.    Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.    Name of Defendant: Lt. C. Looney

Position: Correctional Lieutenant

Place of Employment: F.C.I. McDowell; 100 Federal Way, Welch, WV 24801

D.    Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: Officer Specialist B. Jones

Position: Senior Officer Specialist

Place of Employment: F.C.I. McDowell; 100 Federal Way, Welch, WV 24801

Name of Defendant: Correctional Officer Hatcher

Position: Correctional Officer

Place of Employment: F.C.I. McDowell; 100 Federal Way, Welch, WV 24801

Continued on separate sheet

2

Continued from page 2

Name of Defendant: Correctional Officer John Doe
Position:   Correctional Officer
Place of Employment: FCI McDowell; 100 Federal Way,
                                 Welch, WV 24801

Continued from page 2

II.    **Place of Present Confinement**

Name of Prison/Institution:    FCI Gilmer

A.    Is this where the events concerning your complaint took place?

Yes _____          No __✓__

If you answered "no," where did the events occur? FCI McDowell,
100 Federal Way, Welch, West Virginia 24801

B.    Is there a prisoner grievance procedure in this institution?

Yes __✓__          No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes __✓__          No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): All 3 of the grievances after the local informal resolution was denied were rejected. See explanation.

III.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____          No __✓__

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

Continued from Page 3, Part II., C.

Explanation

I've enclosed all grievances related to this matter. I started the process with a BP-8 form, which denied relief. Under 28 C.F.R. sec. 542.14 (a) and (c)(4) I filed a BP-9 to the Warden. The Warden rejected the grievance citing the form was filed at the wrong level. So I filed to the next level per orders and according to 28 C.F.R. sec. 542.15 (a) and (b) with a BP-10 form to the Regional Director, with a letter (enclosed). This was rejected, citing a BP-9 form needed to be submitted first. The BP-9 was submitted first, with the Warden ordering it to be filed at another level. I cannot compel the Warden to respond. Next I filed to the General Counsel in a BP-11 form according to 28 C.F.R. sec. 542.15 (a) and 542.17 (c), and it was rejected because he concured with the rationale of the Regional office and/or Institution. They did not resolve the dispute or give an instruction to the conflict over who was required to respond, the Institution or Region. All 3 levels refused to respond, with the Warden and Region saying the other had to respond and the General Counsel seemingly remaining nuetral. Regardless, I followed policy in the process.

Further, because I requested financial compensation it rendered the grievance process futile because the process doesn't allow for awarding financial compensation requests. They require you to file a tort claim, and you cannot seek relief for civil rights violations in tort claims.

2. Court (if federal court, name the district; if state court, name the county);

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

## IV. Statement of Claim

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

1) On 12/20/22 I was led to the Lieutenant's office of FCI McDowell where C.O. Hatcher, Officer Specialist B. Jones, and a John Doe officer planted a knife next to me then all 3 beat me. Then I was cuffed.

2) Lt. Looney took me to Special Housing where he had 2 staff slam me to the floor while he knelt on my head and began punching me in the face.

3) Lt. Looney had me fully shackled to cause injury and led a third battery against me with at least 3 other officers until I passed out and defecated on myself.

I sustained injuries to my face, head, and entire body. I now experience cognitive and psychological problems as a result of these 3 batteries.

4

**V.    Relief**

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Court to award me $1,500,000.00 in Compensatory damages and $1,500,000.00 in punative damages. Also, I request my disciplinary record for the planted knife be expunged by the FBOP, per court order.

Signed this 28 day of June , 20 23 .

Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on June 28, 2023 .

(Date)

Signature of Plaintiff

5