Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



FILED

AUG 2 2 2023

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

Robert Carl Sharp
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

United States
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   1:23-cv-00478
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Carl Sharp (13228-026) |
| Street Address | 201 FCI Lane; PO Box 6000 |
| City and County | Glenville, Gilmer County |
| State and Zip Code | West Virginia, 26351 |
| Telephone Number | N/A |
| E-mail Address | N/A |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name — United States

    Job or Title *(if known)* — To: Attorney General

    Street Address — 950 Pennsylvania Ave., NW

    City and County — Washington

    State and Zip Code — District of Columbia, 20530

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II. Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Federal Tort Claim Act, 28 U.S.C. sec. 1346(b)

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)*

    _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Statement Attached
_____

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## III. STATEMENT OF CLAIM

1) Intentional Torts - Assault and Battery

On 12/20/22 I was taken to the Lieutenant's office of FCI McDowell, in Welch, West Virginia by Correctional Officer Hatcher and a John Doe officer, at about 11:00 am. They were joined by Senior Specialist B. Jones at about 12:50 pm, when I was strip searched. While my back was to the 3 staff members and my hands were placed on the wall in front of me, per Jones orders, 1 of the 3 threw a knife onto the floor, Jones yelled "knife," then Jones rammed my face into the wall. I collapsed onto the floor and the 3 of them stomped on my legs, arms, hands, and back before placing me in handcuffs. I was subsequently taken to R & D, then SHU, where Lt. C Looney ordered 2 staff members to take me to the ground, and I was picked up under my arms, hands still cuffed, and slammed to the concrete on my face. Looney kneeled on my head, began punching me in my face, and said my "girlfriend" disrespected his staff with a racial slur, as 2-3 staff held me down. Looney then ordered me to be placed in full ambulatory restraints (legs shackled, waist chain, handcuffs with black box), which were applied so tightly they cut into my flesh and cut off circulation to my hands and feet. Then I was placed in a suicide cell where Looney and 3-4 additional officers attacked me as I was laying down,

1

beating me in my head, back, legs, and neck, as Looney yelled, "Tell your slut girlfriend not to disrespect my staff." They beat me unconscious and until I defecated on myself. The batteries resulted in the left side of my face splitting open, deep swelling and bruising to my face, urinating blood, bruising to my entire body, inability to walk the following 2 days, intense pain to my knees and hands, diminished eye sight to my left eye, neck pain, lacerations and scarring to my ankles, nerve damage to my right hand, persistant headaches, and memory loss. At a medical review at FCI Gilmer I was diagnosed with a concussion.

2) Intentional Infliction of Emotional Distress

From the assault and batteries, being paraded outside mostly naked and shoeless in the cold, and being forced to sit in my own excrement for several hours, I developed extreme and severe emotional distress. This was exacerbated by my placement in solitary confinement for 7 months due to the false report filed by B. Jones accusing me of having a knife and attempting to assault him. Since the events of 12/20/22 described herein I'm suffering from anxiety, paranoia, insomnia, and total lack of sex drive. These are symptoms of Post Traumatic Stress Disorder.

3) Negligence

2

Upon entry into R&D, where I was noticeably beaten, bleeding, and half naked, I announced to the numerous assembled staff, which included the Correctional Systems Supervisor Jaime Green, Captain Wimbish, and R&D officer Prater, that I was assaulted and had a knife planted on me. The executive staff made no attempt to intervene to prevent Lt. Looney from further battering me in SHU. Lt. C. Looney is well known for battering inmates in SHU so the executive staff were negligent in failing to intervene. Non-executive staff attempted to intervene on my behalf upon exiting R&D on my way to SHU, to no avail. Staff were also negligent upon failing to loosen my restraints or allowing me to remove the excrement from my body, for several hours. I was also denied medical care.

## 4) False Imprisonment

Based on the false report filed by B. Jones, I was held in solitary confinement from 12/20/22 to 7/19/23. I was detained alone, limited to recreation 1 hour every 1-2 weeks, regularly fed 3 bologna sandwiches a day for up to 5 days, kept in extremely cold cells, denied books-magazines-newspapers, and my requests for medical care went ignored while in SHU - Administrative Detention. I lost 40 pounds from lack of calories and not permitted to order food from Commissary.

3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I'm requesting the maximum recovery available up to $3,000,000.⁰⁰

### V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   8/15/23

Signature of Plaintiff   _Robert Sharp_

Printed Name of Plaintiff   Robert Carl Sharp

### B.   For Attorneys

Date of signing: _____

Signature of Attorney   N/A

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____