```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

ROBERT CARL SHARP,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:23-00478

UNITED STATES OF AMERICA,

    Defendant.

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to hold this matter in abeyance due to lapse of appropriations.  See ECF No. 75.  For good cause shown, that motion is **GRANTED** and this matter is held in abeyance until funding is restored or fourteen (14) days, whichever is greater.  All current deadlines (including discovery deadlines) are continued generally.  The government should file a notice informing the court when this matter can proceed and Magistrate Judge Reeder will enter an order setting new deadlines and any other appropriate relief.

The matter remains **REFERRED** to Magistrate Judge Reeder to oversee discovery and set a deadline for the completion of discovery.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, counsel of record, and Magistrate Judge Reeder.

**IT IS SO ORDERED** this 15th day of October, 2025.

                                                ENTER:

                                                David A. Faber
                                              Senior United States District Judge